## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Stephen M. DORR, Respondent.

## No. 781 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Oct. 10, 2002.

### ORDER

PER CURIAM.

AND NOW, this 10th day of October, 2002, there having been filed with this Court by Stephen M. Dorr his verified Statement of Resignation dated September 9, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Stephen M. Dorr be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Carl Herbert BROWN, Respondent.

## No. 779 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Oct. 10, 2002.

### ORDER

PER CURIAM.

AND NOW, this 10th day of October, 2002, there having been filed with this Court by Carl Herbert Brown his verified Statement of Resignation dated August 27, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Carl Herbert Brown be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.